**Order entered November 8, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01443-CV

## IN RE THOMAS J. ELLIS, Relator

**Original Proceeding from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-01827-C**

## ORDER

Based on the Court's opinion of today's date, we **DENY** relator's petition for writ of mandamus. We **ORDER** that relator bear the costs of this original proceeding.

/s/     MICHAEL J. O'NEILL
         JUSTICE